IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
BRENDA PICKERN                      )
                                    )    2:13-cv-00472-GEB-CMK
              Plaintiff,            )
                                    )
         v.                         )    ORDER RE: SETTLEMENT AND
                                    )    DISPOSITION
CARROWS CALIFORNIA                  )
FAMILY RESTAURANTS, INC.            )
dba CARROWS #0951; BRE/LQ           )
PROPERTIES, LLC,                    )
                                    )
              Defendants.           )
_____    )
```

Plaintiff filed a "Notice of Settlement" on April 10, 2013, in which she states that the above-captioned matter "has been resolved[, and t]he parties anticipate filing a Stipulation for Dismissal within four weeks. (ECF No. 5.)

Therefore, a dispositional document shall be filed no later than May 10, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on May 13, 2013, is continued to commence at 9:00 a.m. on June 10, 2013, in the event no dispositional document is filed, or if this action is not

1

otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  April 15, 2013

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2